IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO N. DUQUE,<br><br>　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>　Commissioner of<br>　Social Security,<br><br>　　　Defendant. | CASE NO. 2:05-CV-00183-KJM<br><br>ORDER |

　　　　As provided by the stipulation of the parties electronically filed October 18, 2005, showing good cause for the parties' request that all deadlines be extended by 30 days from the filing of the supplemental transcript, said request is granted.

　　　　SO ORDERED.


DATED: October 19, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ J. Mueller
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1