1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814-2322
4  Telephone:  (916) 554-2700

5  Attorneys for Defendant

6

7                           IN THE UNITED STATES DISTRICT COURT

                           FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  LEONARDO N. DUQUE,                        CASE NO. 2:05-CV-00183-KJM

10          Plaintiff,                       ORDER EXTENDING DEFENDANT'S
                                             TIME TO RESPOND TO PLAINTIFF'S
11   v.                                      MOTION FOR SUMMARY
                                             JUDGMENT
12 JO ANNE B. BARNHART,
    Commissioner of
13  Social Security,

14          Defendant.

15

16          Based on the stipulation of the parties, electronically filed *December 27, 2005*,

17 showing good cause for a requested first extension of Defendant's time to respond to Plaintiff's

18 motion for summary judgment, the request is hereby APPROVED.

19          Defendant shall file her response on or before January 30, 2006.

20          SO ORDERED.

21

22 DATED: December 28, 2005.

23

24                                           _____
                                             UNITED STATES MAGISTRATE JUDGE
25

26

27

28