```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
SARAH L. RYAN
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134
Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO N. DUQUE,<br><br>     Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>     Defendant. | CASE NO. **2:05-CV-00183-KJM**<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND FIVE HUNDRED AND 00/100 DOLLARS ($4,500.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's

1  liability under the EAJA in this action.
2      Payment of the amount specified above shall constitute a
3  complete release from and bar to any and all claims of Plaintiff's
4  counsel relating to EAJA fees in connection with this action,
5  without prejudice to any future request for fees under the Social
6  Security Act, 42 U.S.C. § 406(b).
7  / / /
8  / / /
9  / / /
10 / / /

DUQUE v. Barnhart
EAJA Stip & Order
2:05-cv-00183-KJM                    **2**

```
DATE: November 22, 2006         /s/ James O. Keefer (as authorized on
                                November 22, 2006)
                                JAMES O. KEEFER
                                Attorney at Law

                                Attorney for Plaintiff


DATE: November 30, 2006         McGREGOR W. SCOTT
                                United States Attorney
                                BOBBIE J. MONTOYA
                                Assistant U.S. Attorney


                          By:   /s/ Bobbie J. Montoya for
                                SARAH L. RYAN
                                Special Assistant U.S. Attorney

                                Attorneys for Defendant
```

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

DUQUE v. Barnhart
EAJA Stip & Order
2:05-cv-00183-KJM                      **3**

<u>ORDER</u>

Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $4,500.00, pursuant to the stipulation of the parties.

APPROVED AND SO ORDERED.

DATED:  December 1, 2006.

_____
U.S. MAGISTRATE JUDGE

DUQUE v. Barnhart
EAJA Stip & Order
2:05-cv-00183-KJM

**4**